AO 247 (SDNY Rev. 07/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act and 18 U.S.C. § 3582(c)(2)

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>JOHN BOWMAN | )<br>)<br>) Case No: 1:S6 92CR00392-008 (LAP)<br>) USM No: 31528-054<br>) |
| Date of Original Judgment: 07/14/1993<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Valerie Cahan<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(2)

Upon motion of ✓ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED. ✓ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **LIFE** months **is reduced to** **TIME SERVED PLUS 2 WEEKS**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: 2-10-2020

Except as otherwise provided, all provisions of the judgment dated **10/12/1994** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/29/2020

Effective Date: 2/10/20
*(if different from order date)*

Judge's signature

Loretta A. Preska, Senior U.S.D.J.
*Printed name and title*